# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

VICTOR GARCIA,

                Petitioner,

v.

GARY BOUGHTON,

                Respondent.

Case No. 17-CV-421-JPS

**ORDER**

       On March 22, 2017, Victor Garcia ("Garcia") filed a petition pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. (Docket #1). Garcia's petition was not submitted on the standard form, precluding the Court from completing its screening duties pursuant to Rule 4 of the Rules Governing Section 2254 Cases. *See* (Docket #1). On April 10, 2017, the Court ordered Garcia to re-submit his petition on a standard form, which it provided to him. (Docket #6). Garcia did so April 18, 2017. (Docket #7). Two days later, however, Garcia filed a two-page letter with the Court, wherein he attempts to "clarify" certain aspects of his petition. *Id.*

       The Court cannot screen Garcia's petition subject to "clarifications" in a separate document. Garcia's petition must be complete in itself and cannot rely on other separately docketed materials. The Court will, therefore, give Garcia a choice. He may proceed using the current active petition, (Docket #7), or he may submit an amended petition in line with the proposed "clarifications," (Docket #9). If Garcia chooses to amend his petition, that document must be filed no later than **May 5, 2017**. If he does not wish to amend, Garcia should notify the Court by the same date.

Accordingly,

**IT IS ORDERED** that the petitioner shall either submit an amended petition for writ of habeas corpus, or notify the Court that he will not amend, on or before **May 5, 2017**.

Dated at Milwaukee, Wisconsin, this 24th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge